## ODAY v. WILLIS.

Supreme Court.   November, 1793.

*Read's Notebook, 1.**

Of this opinion was the Court, who in the direction to the jury said that if the jury were satisfied by the testimony offered that the words were spoken, they imported malice, and no proof of it was therefore necessary on the part of the plaintiff.

Verdict for plaintiff.   Damages three shillings, nine pence.

*Miller* and *Read* for plaintiff.   *Bayard, Wilson* and *Batson* for defendant.